UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

KELLY A. RYAN,

    Plaintiff,

v.

ABC AGENCIES, et al.,

    Defendants.

Case No. 2:23-CV-281 JD

## ORDER

On September 14, 2023, the Plaintiff filed a Stipulation to Dismiss (DE 4), agreeing to dismiss all claims in this action, against the Various ABC Agencies, Various Corporations, and Various John Does with prejudice.[1] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this matter is hereby DISMISSED, with prejudice.[2] The Clerk is DIRECTED to CLOSE this case.

SO ORDERED.

ENTERED: September 15, 2023

                          /s/ JON E. DEGUILIO
                          Judge
                          United States District Court

---

[1] This order and the closure of this case in no way affects Plaintiff's ongoing litigation in the sister case (2:22-CV-377) against the named and served defendants.

[2] As no defendant has been served in this case or filed an answer or motion for summary judgment, the appropriate authority for dismissal is Rule 41(a)(1)(A)(i).